UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

DK LIPA LLC,

              Plaintiff,

-against-

SYBAC SOLAR LLC, et al.,

              Defendants.

------------------------------------------------------------X

19 Civ. 1405 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a case management conference is scheduled for January 9, 2020 (Dkt. No. 58);

WHEREAS, fact discovery has been extended to February 3, 2020 (Dkt. No. 80). It is hereby

**ORDERED** that the case management conference, scheduled for January 9, 2020, is CANCELED. It is further

**ORDERED** that, by **February 17, 2020**, the parties shall submit a joint status letter, as outlined in this Court's Individual Rule IV.A.2 and, in the event that they have not already been referred for settlement discussions, shall also advise the Court whether or not they request a referral for settlement discussions.

Dated: December 19, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE