UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DK LIPA LLC,

        Plaintiff,

-against-

SB ENERGY HOLDINGS, LLC (formerly known as
SYBAC SOLAR LLC) and MISF, LLC,

        Defendants.
------------------------------------------------------------------x

Index No.: 19-cv-1405

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the Court, Defendant SB ENERGY HOLDINGS, LLC (formerly known as SYBAC SOLAR LLC), substitute James M. Wicks, Esq., State Bar No. 2298115, as counsel of record in place of Keith P. Brown, Esq.

Notice is further given that, subject to approval by the Court, Defendant MISF, LLC substitute Louis Fogel, Esq. State Bar No. 1922210, as counsel of record in place of Keith P. Brown, Esq.

Contact information for new counsel is as follows:

James M. Wicks, Esq.
Farrell Fritz, P.C.
400 RXR Plaza
Uniondale, NY 11556
(516) 227-0617
jwicks@farrellfritz.com

Louis Fogel, Esq.
Louis Fogel & Associates
5 Nottingham Road
Annandale, NJ 08001
(908) 730-7692
louisfogel@louisfogellaw.com

I consent to the above substitution.

Date: August 11, 2020

DocuSigned by:
*Markus Falz*
31EA9CA8DB7F498...
SB Energy Holdings, LLC
By: Markus Falz
Title: CEO

1

I consent to the above substitution.

Date: 9/10/20

*[signature]*

MISF, LLC

By: Gerald Rosengarten

Title: Member

I consent to being substituted.

Date: 7/27/2020

*[signature]*

BROWN & ALTMAN, LLP

By: KEITH P. BROWN, ESQ.

Title: PARTNER

I consent to the above substitution.

Date: August 3, 2020

s/ James M. Wicks

FARRELL FRITZ, P.C.

By: James M. Wicks

Title: Partner

2

I consent to the above substitution.

Date: Sept. 10, 2020

LOUIS FOGEL & ASSOCIATES

By: Louis Fogel

Title: Owner

The substitution of attorney is hereby approved and so ORDERED.

Date: 09/14/2020

Hon. Debra Freeman, U.S.M.J.